**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JOHN VAMP CAMP, an individual, and JULIE VAN CAMP, an individual,<br><br>           Plaintiff(s),<br><br>v.<br><br>YAMAHA MOTOR CO., LTD., a Japanese Corporation, YAMAHA MOTOR CORPORATION, USA, INC., a California Corporation, YAMAHA MOTOR MANUFACTURING CORPORATION OF AMERICA, a Georgia Corporation, RIDENOW, LLC a/k/a RIDENOW POWERSPORTS, a Nevada Limited Liability Company, and DOES I through 100, inclusive,<br><br>           Defendant(s). | 2:21-cv-01945-JCM-VCF<br><br>**ORDER** |

       Before the Court is *John Vamp Camps, et al. v. Yamaha Motor Co., Ltd., et al.*, case number 2:21-cv-01945-JCM-VCF.

       A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

       Accordingly,

       IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before January 18, 2022.

       DATED this 4th day of January 2022.

                                                          _____
                                                          CAM FERENBACH
                                                          UNITED STATES MAGISTRATE JUDGE